**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

WELLS FARGO BANK, N.A.,      :   No. 510 EAL 2018

            Respondent     :

            :   Petition for Allowance of Appeal from
            :   the Order of the Superior Court

            v.          :

JARELLE GREEN-HALEY,      :

            Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.